H. F. CENTER v. THE STATE.

No. 8918. Decided November 5, 1924.

No motion for rehearing filed.

**Driving Automobile Intoxicated.**

No statement of facts nor bills of exception appearing in this record, the cause is affirmed.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Grover C. Adams, Special Judge.

Appeal from a conviction for driving an automobile in an intoxicated condition. Penalty a fine of fifty dollars.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Appellant was convicted of driving an automobile upon the streets of Dallas while in an intoxicated condition, his punishment being assessed at a fine of fifty dollars.

No statement of facts accompany the record and no bills of exception appear therein.

There is nothing presented to this court for review and the judgment is affirmed.

*Affirmed.*